# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 137 EAL 2014
                                :
           Respondent           : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
                                :
              v.                 :
                                :
                                :
                                :
JONATHAN RODRIGUEZ,             :
                                :
           Petitioner           :

## ORDER

**PER CURIAM**

   **AND NOW**, this 21st day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.